

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO.

SHEARON KESTON CAMPBELL

**ORDER**

The Motion to Seal Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court. It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the Court.

It is further ordered that the United States may disclose the existence of the Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendant(s).

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this _30th_ day of September, 2025.

HON. LINDSAY S. GRIFFIN
United States Magistrate Judge

2

25mj8618 WM

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

SEP 30 2025 PM4:19
FILED - USDC - FLMD - TPA

v.

Case No. 8:25-cr-474-SDM-TGW
18 U.S.C. § 1542
(Passport Fraud)

SHEARON KESTON CAMPBELL

**INDICTMENT**   SEALED

The Grand Jury charges:

**COUNT ONE**
**(Passport Fraud)**

On or about December 3, 2024, in the Middle District of Florida, the

defendant,

SHEARON KESTON CAMPBELL,

did knowingly and willfully make a false statement in a Form DS-11, Application for

a U.S. Passport, with the intent to induce and secure for his own use the issuance of

a passport under the authority of the United States, contrary to the laws regulating

the issuance of such passports and the rules prescribed pursuant to such laws, to wit,

in such Application, in answer to the question "Place of Birth" the defendant stated

"MIAMI FL" when in truth and in fact, and as the defendant knew, the defendant

was born in Sangre Grande, Trinidad and Tobago.

In violation of 18 U.S.C. § 1542.

## FORFEITURE ALLEGATIONS

1.      The allegations contained in Counts One are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 982(a)(6).

2.      Upon conviction of a violation of 18 U.S.C. § 1542, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

      a.      any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

      b.      any property, real or personal, that constitutes, is derived from, or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

      c.      any property that is used or intended to be used to facilitate the commission of the offense.

3.      The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of proceeds obtained from the offenses.

4.      If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).


A TRUE BILL,


Foreperson


GREGORY W. KEHOE
United States Attorney

By:

Karyna Valdes
Assistant United States Attorney

By:

Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section

3

FORM OBD-34
September 25                            No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

SHEARON KESTON CAMPBELL

INDICTMENT

Violations: 18 U.S.C. § 1542

A true bill,

_____
Foreperson

Filed in open court this 30ᵗʰ day

of September, 2025.

*Amanda Craig*

Clerk

Bail $_____

GPO 863 525

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Shearon Keston Campbell<br><br><br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 8:25-cr-474-SDM-TGW<br>)<br>)<br>) |

## ARREST WARRANT ~~SEALED~~

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Shearon Keston Campbell
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Passport Fraud, in violation of 18 U.S.C. § 1542.

Date:  10/1/25

*Issuing officer's signature*

**LISA SILVIA**

City and state:             Tampa, FL                ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____.<br><br>Date: _____<br><br>                                                              _____<br>                                                              *Arresting officer's signature*<br><br>                                                              _____<br>                                                              *Printed name and title* |